66 So.3d 1018 (2011)
J.D.R., Father of M.R., B.R. and S.R., Minor Children, Appellant,
v.
FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, Appellee.
No. 1D11-2063.
District Court of Appeal of Florida, First District.
July 14, 2011.
Neil Weinreb, Jacksonville, for Appellant.
Ward L. Metzger, Appellate Counsel, Children's Legal Services, Jacksonville; Kelley Schaeffer, Guardian Ad Litem Program, Tavares, for Appellee.
PER CURIAM.
DISMISSED. Dep't of Children and Families v. McShea, 913 So.2d 722 (Fla. 5th DCA 2005); W.B.J. v. A.S., 982 So.2d 697 (Fla. 2d DCA 2008).
WOLF, THOMAS, and CLARK, JJ., concur.